IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM |
| v. | ) | |
| | ) | |
| MICHAEL SCOTT DEAR | ) | Case No: 1:19CR00047 |
| DOB: xx-xx-1977 | ) | |
| SSN: xxx-xx-6288 | ) | |

  Your petitioner, United States of America, by Suzanne Kerney-Quillen, Special Assistant United States Attorney for the Western District of Virginia, respectfully shows:

  1. That the case is a prosecution upon an Indictment against the defendant for violation of Title 21, United States Code, Section 846.

  2. That the presence of the defendant before the United States District Court for the Western District of Virginia at Abingdon, Virginia, scheduled for an Initial Appearance and/ or Arraignment at 10:00 a.m., on November 14, 2019, is necessary and he is now in the custody of the Bristol Virginia Jail.

  WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the Western District of Virginia, or any other authorized United States Marshal, who shall bring the defendant before the Court at the above time and place.

Dated: 10/30/19             /s/ Suzanne Kerney-Quillen
                    Special Assistant United States Attorney

*****************************************************************************

TO: Bristol Virginia Jail
   417 Cumberland St.
   Bristol, VA 24201
   Phone: 276-645-7430

**IN THE EVENT THE INMATE IS TO BE TRANSFERRED TO ANOTHER FACILITY BEFORE THE REQUESTED DATE OF APPEARANCE, PLEASE NOTIFY THE ASSISTANT U.S. ATTORNEY LISTED ABOVE AT (276) 628-4161.**

GREETINGS:

  WE COMMAND YOU that you surrender the body of MICHAEL SCOTT DEAR, detained in the Bristol Virginia Jail, under your custody as it is said, to the United States Marshal for the Western District of Virginia, or one of his Deputies, or any other authorized United States Marshal, to the end that his body will be before the United States District Court for the Western District of Virginia, at Abingdon, Virginia, on the 14th day of November 2019, at 10:00 a.m., or at such other time or times as the District Court may direct.

ENTER: The _____ day of October 2019.    _____
                                United States Magistrate Judge

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT
OF VIRGINIA, OR ANY AUTHORIZED UNITED STATES MARSHAL:

TO EXECUTE:

WE COMMAND that you proceed to the Bristol Virginia Jail, and remove therefrom the body of MICHAEL SCOTT DEAR and produce him under safe and secure conduct before the United States District Court for the Western District of Virginia, at Abingdon, Virginia, on the 14th day of November 2019, at 10:00 a.m., or at such other time or times as the District Court may direct; and upon completion of the case, return the said MICHAEL SCOTT DEAR to the Bristol Virginia Jail.

JULIA C. DUDLEY, CLERK

BY: _____
      Deputy Clerk

CUSTODY ASSUMED:

EXECUTED this _____ day of _____, 2019.

    BY: _____
        United States Marshal/Deputy

RETURNED:

EXECUTED this _____ day of _____, 2019.

    BY: _____
        United States Marshal/Deputy

SENTENCED STATE PRISONER:    Yes: _____    No: _____