IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) Cr. No. 7:19-CR-0047-07 |
| | ) |
| SHANNON MARIE WILMOTH, | ) |
|     Defendant. | ) |

**MOTION FOR DISCLOSURE OF EXPERT EVIDENCE**

COMES NOW the Defendant, by counsel, and respectfully requests pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure that the government disclose to him a written summary of testimony the government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case in chief at trial, including a description of the witnesses' opinions, the bases and the reasons therefore, and the witnesses' qualifications.

> Respectfully submitted,
> Shannon Marie Wilmouth
>
> By: s/*Melissa W. Friedman*
>         Counsel

1

Melissa W. Friedman, VSB #27277
Anderson & Friedman
P. O. Box 1525
Roanoke, Virginia   24007
(540) 982-1525
(540) 982-1539 (fax)
mqwfriedman@afalaw.com
  Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that this 14th day of November, 2019, I electronically filed the foregoing MOTION FOR DISCLOSURE OF EXPERT EVIDENCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record including the following:

Suzanne Kerney-Quillen, Esquire, AUSA
Office of the United States Attorney, Western District of Virginia
180 W. Main Street
Abingdon, Virginia 24201
276-628-4164
276-628-7399 (fax)
Suzanne.kerney-quillen@usdoj.gov

               s/*Melissa W. Friedman*
               Melissa W. Friedman
               Anderson & Friedman
               P. O. Box 1525
               Roanoke, Virginia   24007
               (540) 982-1525
               (540) 982-1539 (Fax)
               mqwfriedman@afalaw.com

2